O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-478-AHM (MANx) | Date | April 11, 2008 |
|---|---|---|---|
| Title | SHADRACH BREAUX, et al. v. QUICK LOAN FUNDING, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

The Clerk has issued amended minutes of the motion hearing held on March 17, 2008.[1]  As corrected, the minutes state: "For reasons and findings stated on the record, the Court GRANTS without prejudice defendant's motion to dismiss case and DENIES defendant's motion to strike punitive damages."

Because of the error in the previous minutes, the Court will extend the time for Plaintiffs to file an amended complaint to May 2, 2008.  Failure to file an amended complaint by May 2, 2008 will constitute grounds for dismissal of the case.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 11.